IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:02CR114 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| ANDY J. BEAUGARD, | |
| Defendant. | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR 03 2016
OFFICE OF THE CLERK

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Arc of the Ozarks, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Arc of the Ozarks, is released.

DATED this 3 day of March, 2016.

BY THE COURT:

_____
F.A. GOSSETT
JUDGE, U. S. DISTRICT COURT